<u>**CIVIL CAUSE**</u>
<u>**ON TRIAL**</u>

<u>**BEFORE: WEXLER, J.**</u>         <u>**DATE: MARCH 20, 2013**</u>   <u>**TIME: 9:30 A.M.**</u>

<u>**DOCKET #:**</u>   <u>**CV 11-0573**</u>                    **TOTAL TIME: 6 HRS**

<u>**TITLE:**</u>     <u>**BENNETT**</u>   <u>**V.**</u>      <u>**SCHOTTENHAMEL, ET AL**</u>

   <u>**APPEARANCES:**</u>

   <u>**PLTFF**</u>             <u>**SUSAN KAPLAN, ESQ**</u>
                      <u>**ROBERT RAMBADADT, ESQ**</u>

   <u>**DEFTS**</u>   -      <u>**JOHN SHIELDS, ESQ**</u>

   <u>**COURT REPORTER**</u>    <u>**HARRY RAPAPORT**</u>

**CASE CALLED.  COUNSEL PRESENT.**

**TRIAL RESUMED.**

**DEFENDANT ADDUCED FURTHER EVIDENCE.**

**DEFENDANTS REST.**

**DEFENDANTS'S MOTION TO DISMISS ARGUED.**

**DEFENDANTS' MOTION GRANTED IN PART AND DENIED IN PART -**

   **1ST CAUSE OF ACTION - EXCESSIVE FORCE**

   **DISMISSED AS TO ALL DEFENDANTS; and**

   **2ND CAUSE OF ACTION - DENIAL OF MEDICAL TREATMENT**

   **DISMISSED AS TO ALL DEFENDANTS EXCEPT DEFENDANT DIZINNO.**

**CLERK IS DIRECTED TO DISMISS THE COMPLAINT AS TO ALL DEFENDANTS, EXCEPT DEFENDANT DIZINNO.**

**TRIAL CONTINUED TO <u>MARCH 21, 2013 @ 9:30 AM</u> AS TO DEFENDANT DIZINNO.**