<u>CIVIL CAUSE</u>
<u>ON TRIAL</u>

<u>BEFORE: WEXLER, J.</u>          <u>DATE: MARCH 21, 2013</u>   <u>TIME: 9:30 A.M.</u>

<u>DOCKET #:</u>  <u>CV 11-0573</u>                <u>TOTAL TIME: 4 HRS</u>

<u>TITLE:</u>       <u>BENNETT</u>   <u>V.</u>       <u>SCHOTTENHAMEL, ET AL</u>

      <u>APPEARANCES:</u>

        <u>PLTFF</u>               <u>SUSAN KAPLAN, ESQ</u>
                         <u>ROBERT RAMBADADT, ESQ</u>

        <u>DEFTS</u>       <u>-</u>       <u>JOHN SHIELDS, ESQ</u>

        <u>COURT REPORTER</u>       <u>HARRY RAPAPORT</u>

**CASE CALLED.  COUNSEL PRESENT.**

**TRIAL RESUMED.**

**PLAINTIFF'S CLOSING ARGUMENT.**

**DEFENDANT'S CLOSING ARGUMENT.**

**PLAINTIFF'S REBUTTAL CLOSING ARGUMENT.**

**COURT CHARGES JURY.  JURY RETIRES FOR DELIBERATION.**

**JURY RETURNS AND RENDERS ITS VERDICT -**

      **JURY FINDS IN FAVOR OF DEFENDANT ZININNO AND AGAINST THE**

      **PLAINTIFF PATRICK BENNETT DISMISSING THE COMPLAINT WITH**

      **PREJUDICE.**

**JURY POLLED.  JURY DISCHARGED.**

**CLERK TO ENTER JUDGMENT DISMISSING THE COMPLAINT.**

**PROCEEDING CONCLUDED.**