UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------x
PATRICK BENNETT,

                Plaintiff,        JUDGMENT IN A CIVIL CASE

                v.                       CV 11-0573(LDW)

TOWN OF SOUTHAMPTON, P.O. JOHN
BERINI, SGT. WALTER BRITTON,
REGINA DIZINNO, P.O. WILLIAM
KIERNAN, SUSANNE PARKIN, and
P.O. CARL SCHOTTENHAMEL,

                Defendants.

--------------------------------------------------------x

__XX__ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

____ Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That plaintiff Patrick Bennett take nothing of defendant Regina Dizinno and that judgment is hereby enter in favor of defendant Regina Dizinno and against plaintiff Patrick Bennett dismissing the complaint with prejudice; and

IT IS FURTHER ORDERED AND ADJUDGED

That the complaint is dismissed by the Court as to defendants Town of Southampton, P. O. John Berini, Sgt. Walter Britton, P.O. William Kiernan, Susanne Parkin, and P.O. Carl Schottenhamel with prejudice.

Dated: Central Islip, New York        DOUGLAS C. PALMER
       March 21, 2013                    Clerk of Court

                                                          By: __/s/_____
                                                               Josiah Kharjie
                                                                Courtroom Deputy